## Carol J. Robidoux *v.* Richard E. Robidoux
### (3481)

Dupont, C. J., Borden and Spallone, Js.

Argued March 11—decision released April 8, 1986

*Maxwell Heiman,* with whom, on the brief, was *Michael C. Daly,* for the appellant (defendant).

*Arnold H. Klau,* for the appellee (plaintiff).

Per Curiam. There is no error.